BERNARD FINKEL ET AL., TRADING, ETC., APPELLANTS, v. DISTRICT COURT FOR THE FIRST JUDICIAL DISTRICT COURT OF THE COUNTY OF UNION, RESPONDENT.

Submitted May 29, 1942—Decided September 18, 1942.

For the appellants, *Sidney Finkel.*

For the respondents, *Victor H. Eichorn.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ.   14.

*For reversal*—None.